UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| MARIA SUAREZ-TORRES; minor A.V.R.; WIDALLYS RIVERA-QUINONES on behalf of her minor child A.V.R., <br><br> Plaintiff(s), <br><br> v. <br><br> LUIS PIZZA PALACE; RLR FOOD SERVICE, INC.; RIGOBERTO LOPEZ RAMOS; DIANA MARIA COLON ORTIZ, <br><br> Defendant(s). | Civil No. 16-1856 (DRD) |

### JUDGMENT

Based upon the plaintiffs' *Motion for Voluntary Dismissal With Prejudice*, Docket No. 10, and the *Order* entered on September 9, 2016, Docket No. 11, plaintiffs, Maria Suarez-Torres, minor A.V.R., and Widallys Rivera-Quinones are voluntarily dismissing with prejudice their claims in the instant case against the following co-defendants, Luis Pizza Palace; RLR Food Service, Inc., and Diana Maria Colon Ortiz.

In view of the above, and there being no pending claims, this case is now dismissed with prejudice.

This case is now closed for all administrative and statistical purposes.

IT IS SO ORDERED, ADJUDGED AND DECREED.

In San Juan, Puerto Rico, this 9th day of September, 2016.

s/Daniel R. Domínguez
DANIEL R. DOMINGUEZ
United States District Judge